# Samples of Trooper George Michael Kanyuh's (#1095) social media displaying obvious homophobia, transphobia, racism and misogyny







# EXHIBIT 2









